UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILY CHEN,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>FRONTLINE ASSET STRATEGIES, LLC,<br>　　　　　　　　　　Defendant. | Civil Action No.: 1:17-cv-02731 (RJD) (PK)<br><br>**STIPULATION OF<br>DISCONTINUANCE<br><u>WITH PREJUDICE</u>** |

Pursuant to F.R.C.P. 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between the Plaintiff, EMILY CHEN and Defendant FRONTLINE ASSET STRATEGIES, LLC that the above-captioned action, including all claims, cross-claims and counterclaims, is voluntarily dismissed in its entirety, with prejudice and without costs, attorneys' fees or disbursements and expenses. This Stipulation may be filed without further notice to the Clerk of the Court to be "So Ordered" and may be executed in counterparts by facsimile or electronic mail, which when so executed and delivered shall be deemed the same as an original.

Dated: September 8, 2017

OFFICE OF ALAN J. SASSON P.C.
*Counsel for Emily Chen*

By: *Alan J. Sasson*
　　　Alan J. Sasson

2678 Coney Island Ave., 2nd Floor
Brooklyn, NY 11235
T: (718) 339-0856
F: (347) 244-7178
E: alan@sassonlaw.com

GORDON REES SCULLY MANSUKHANI LLP
*Counsel for Frontline Asset Strategies, LLC*

By: *Peter G. Siachos*
　　　Peter G. Siachos
　　　JoAnna M. Doherty

1 Battery Park Plaza, 28th Floor
New York, NY 10004
Tel: (973) 549-2532
Fax: (212) 269-5505
E: psiachos@gordonrees.com

SO ORDERED,

s/ RJD
_____
9/8/17


FILED IN CLERK'S OFFICE US DISTRICT COURT E.D.N.Y. SEP 08 2017 BROOKLYN OFFICE